UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00350-CKD |
| Plaintiff, | ) ) | [Proposed] ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| FREDA VENABLE, | ) ) | DATE: September 28, 2017 TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00350-CKD without prejudice is GRANTED.

It is further ordered that the bench trial scheduled on September 28, 2017, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated: September 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE TRIAL        1        U.S. v. FREDA VENABLE